### PEOPLE v. MADDEN et al.

*(Common Pleas of New York City and County, General Term.* January 6, 1892.)

Motion by James F. Madden to vacate judgment entered on a forfeited recognizance.

Argued before BOOKSTAVER, BISCHOFF and PRYOR, JJ.

*De Lancy Nicoll,* for the People.     *Drochman & Nelson,* for defendants.

No opinion.   Motion granted.

---

### PEOPLE v. PURROY et al.

*(Common Pleas of New York City and County, General Term.* January 7, 1892.)

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

*L. J. Grant,* for the People.     *W. L. Findly,* for respondents.

No opinion.   Motion for leave to reargue appeal dismissed.

---

### COHEN, Respondent, v. GLASER, Appellant.

*(Common Pleas of New York City and County, General Term.* January 8, 1892.)

Appeal from city court, general term.

Action by Israel Cohen against Joseph Glaser.

Argued before BOOKSTAVER and PRYOR, JJ.

*J. C. Rosenbaum,* for appellant.     *D. Leventritt,* for respondent.

No opinion.   Order affirmed, with costs.

---

### McAULIFFE, Appellant, v. GRANT, Respondent.

*(Common Pleas of New York City and County, General Term.* January 8, 1892.)

Appeal from trial term.

Action by Cornelius W. McAuliffe against Hugh J. Grant.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

*J. P. Kiernan,* for appellant.     *Cochran & Clark,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

### FULLER, Respondent, v. KEMP, Appellant.

*(Common Pleas of New York City and County, General Term.* February 1, 1892.)

On motion for reargument, or leave to go to the court of appeals.   For former report, see 11 N. Y. Supp. 952, *mem.*

PER CURIAM.   Motion for reargument denied.   Leave to go to the court of appeals granted.

---

### HALL, Respondent, v. CANARY, Appellant.

*(Common Pleas of New York City and County, General Term.* February 1, 1892.)

Appeal from city court, general term.

Action by Mary A. Hall against Thomas Canary.   For former report, see 13 N. Y. Supp. 582.

Argued before ALLEN, BISCHOFF, and PRYOR, JJ.

*Albert I. Sire,* for appellant.     *Edward Browne,* for respondent.

PER CURIAM.   The only exceptions which appear in the record of this appeal and are urged for reversal of the judgment are those taken to the trial justice's exclusion of certain questions addressed to the witnesses by defend-